UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **LISA R. MOLUMBY**, | ) | |
| | ) | |
| **Plaintiff,** | ) | **No: 23 CV 3008** |
| | ) | |
| vs. | ) | |
| | ) | |
| **CHRISTINE WORMUTH, SECRETARY OF THE** | ) | |
| **DEPARTMENT OF THE ARMY,** | ) | **JURY DEMAND** |
| | ) | |
| **Defendant.** | ) | |

COMPLAINT
AS AND FOR A FARMYT CAUSE OF ACTION
(DISCRIMINATION BASED UNDER THE REHABILITATION ACT)

### NATURE OF ACTION

Plaintiff brings this as an action under the Rehabilitation Act of 1992, 29 U.S.C. Section 791 et. seq., to correct the unlawful employment practices, on the basis of his disability and, to make the Plaintiff whole. **LISA R. MOLUMBY** ("MOLUMBY" or "Plaintiff"). Defendant, **CHRISTINE WORMUTH, SECRETARY OF THE DEPARTMENT OF THE ARMY** ("ARMY" or "Defendant") discriminated against MOLUMBY, a qualified individual with a disability, because of her disability.

### JURISDICTION AND VENUE

Jurisdiction of this Court is invoked pursuant to 28 U.S.C.A. & 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to 29 U.S.C. Section 791 of the Rehabilitation Act of 1992. Venue is proper in this District under 28 U.S.C. Section 1391 (b). The employment practices hereafter alleged to be unlawful were and are now being committed in the Northern District of Illinois, Eastern Division.

## PARTIES

1**.** MOLUMBY is an adult person and a resident of Iowa.

2. MOLUMBY is an employee of Defendant, ARMY.

3. At all times relevant, the ARMY, has been and is a Federal Agency of the Government and Christine Wormuth as the Secretary of

 the DEPARTMENT OF THE ARMY.

4. ARMY is an employer as that term is defined under the Rehabilitation Act been at all times material to the allegations herein.

5. MOLUMBY has a permanent disability, in that he has a record of, or is regarded as having a physical impairment (Depression-Anxiety) that substantially limits one or more of her major life activities for which the ARMY was well aware of.

## STATEMENT OF CLAIMS

6. Despite ARMY listing itself as an equal employment company and having a policy against Discrimination to the disabled, ARMY intentionally discriminated against MOLUMBY because of MOLUMBY's disability by not giving her an accommodation and harassment and retaliated against him by the following:

  A. On or about February 28, 2022, management denied her reasonable request for an accommodation.

  B. On or about January of 2022MOLUMBY was downgraded from a General Supply Specialist to a Supply Technician due to her

    disability.

7. MOLUMBY is and was, disabled to the degree that substantially limits her ability to enjoy life, maintain a social life, or do work outside her house however she can perform the essential duties of his position.

8. MOLUMBY had issues with the need for accommodation due to her disability.

9. ARMY's act and omissions to act violate applicable provisions of the Rehabilitation Act.

10. The discriminatory action of ARMY as set forth above has caused MOLUMBY to suffer losses of earnings, and as a further proximate result of ARMY's unlawful and intentional discriminatory actions against MOLUMBY, as alleged above, MOLUMBY has suffered emotional pain, humiliation, mental anguish, loss of enjoyment of life, and emotional distress. As a result of such discrimination and consequent harm, MOLUMBY has suffered such damages in an amount according to proof.

11. MOLUMBY has no adequate remedy at law to secure relief.

12. MOLUMBY filed a discrimination charge against ARMY with the Equal Employment Opportunity (EEO). Those charges were timely filed.

13. On February 17, 2023, MOLUMBY was sent a notice from the Treasury of a Final Agency Order and of his right to bring this action (see Exhibit "A"), and MOLUMBY timely filed this action

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment as follows:

1. Declare the conduct engaged in by ARMY to be in violation of Plaintiff's rights;

2. For injunctive relief, including but not limited to relief required to make Plaintiff whole for the losses caused by the violations of ARMY;

3. For compensatory damages in an amount according to proof;

4. For costs of suit, including reasonable attorney's fees and expert fees, pursuant to 42 U.S.C.A § 12117(a), which incorporates the remedies set forth in Title VII of the Civil Rights Act of 1964, Title 42 U.S.C.A. § 2000e-5(k); and 29 U.S.C. Section 791 of

the Rehabilitation Act of 1992;

    5. For such other and further relief as the court deems proper.


LISA R. MOLUMBY

BY: **Michael T. Smith**
Michael T. Smith
Trial Attorney

Michael T. Smith #6180407 IL
Attorney for Plaintiff
10 N. Martingale Road, Suite 400
Schaumburg, IL  60173