Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Lisa R. Molumby,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case Number: 4:23-cv-04152-SLD |
| | ) |
| **Mark Averill, Acting Secretary of the Department of the Army** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

☒ **DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Lisa R. Molumby recovers nothing on her claim against Defendant Mark Averill, Acting Secretary of the Department of the Army, and this case is dismissed with prejudice.

**Dated: 3/6/2025**

AJK

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court